## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICK PLUMLEY, | ) |
| Plaintiff, | ) ) Case No. 1:21-cv-01454-CFC |
| v. | ) ) |
| EXTRACTION OIL & GAS, INC., THOMAS B. TYREE, JR., BENJAMIN DELL, MORRIS CLARK, CARRIE FOX, CARNEY HAWKS, MICHAEL WICHTERICH, and HOWARD A. WILLARD, III, | ) ) ) JURY TRIAL DEMANDED ) ) ) ) |
| Defendants. | ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: March 8, 2022

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*